UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Steven Hall,

       Plaintiff,                             Case No. 12-10316

v.                                             Hon. Nancy G. Edmunds

Scott Holmes, et al.,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is ordered that Defendants Holmes, Squier and Brady's Motions to Dismiss [#19, #22] are GRANTED, the MDOC Defendants' Motion for Summary Judgment [#20] is DENIED, Defendant Gauderer's Motion to Dismiss [#23] is GRANTED IN PART AND DENIED IN PART, and Plaintiff's Motions rebutting Defendants' Motions [#27, 30] are DENIED. It is ordered that the MDOC Defendants are hereby dismissed pursuant to 27 U.S.C. § 1915(e)(2). Further, this Court declines supplemental jurisdiction over Plaintiff's medical malpractice claims. Therefore, this matter is DISMISSED IN ITS ENTIRETY.

       SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: September 5, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2012, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager